# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**ROBERT SHARP, on behalf of himself
and behalf of others similarly situated,**

              **Plaintiff,**

**v.**                                                    **Case 2:18-cv-02325-cgc**

**STAFFING SOLUTIONS SOUTHEAST,
INC.,**

              **Defendant.**

---

## ORDER REQUESTING STATUS UPDATE

---

On November 22, 2019, Staffing Solutions Southeast, Incorporated ("Staffing Solutions") filed a Notice of Settlement stating that it had reached a compromise with Plaintiff on his individual claims. Staffing Solutions advised that it would provide a status update within thirty days of the Notice of Settlement. The Court requests that a status update be provided within fourteen (14) days of the entry of this Order. The status update should address whether the case is resolved and whether Staffing Solutions' Motion to Dismiss or, in the Alternative, to Compel Arbitration ("D.E. #101) is moot.

      **IT IS SO ORDERED** this 9th day of January, 2020.

                                                  s/ Charmiane G. Claxton
                                                  CHARMIANE G. CLAXTON
                                                  UNITED STATES MAGISTRATE JUDGE